**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WILLARD H. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 4:19CV2716 RLW |
| | ) |
| QUALITY WHOLESALE BUILDING | ) |
| PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by the parties (ECF No. 33),

**IT IS HEREBY ORDERED** that this cause of action is **DISMISSED** with prejudice

under Fed. R. Civ. P. 41(a), each party to bear its own costs.

Dated this 4th of May, 2020.


**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**